STATE OF NEW YORK UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.5756 AND FILED ON 6/26/2008

GENARO MORALES Plaintiff(s)/Petitioner(s)

Vs.

MICHAEL R. EDELMAN, ET AL Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On 7/3/2008 at 11:45AM, deponent did serve the within process as follows:

Process Served: SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES

Party Served: MICHAEL EDELMAN (herein called recipient) therein named.

At Location: WORBY,GRONER & EDELMAN
11 MARTINE AVENUE
WHITE PLAINS NY

By delivering to and leaving with GINA BARRESE, ADMIN. ASST. a person of suitable age and discretion.
Said premises is recipient's ✓ actual place of business dwelling house(usual place of abode) within the state.

On 7/7/08, deponent completed service by depositing a copy of the

SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex *FM* Color of Skin *WH* Color of Hair *BLOND*

Age *40/50* Height *5'11"* Weight *140*

Other Features *GLASSES*

Sworn to before me on the 7/7/2008

[signature]

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

[signature]

John Axelrod

Server's License#:

STATE OF NEW YORK UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.5756 AND FILED ON 6/26/2008

| | | |
|---|---|---|
| GENARO MORALES | | Plaintiff(s)/Petitioner(s) |
| | Vs. | |
| MICHAEL R. EDELMAN, ET AL | | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK )
SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On 7/3/2008 at 10:25AM, deponent did serve the within process as follows:

Process Served: SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES

Party Served: PHILIP AMICONE, MAYOR (herein called recipient) therein named.

At Location: CITY OF YONKERS
40 SOUTH BROADWAY, 3RD FL
YONKERS NY

By delivering to and leaving with TARA RENZI, SECRETARY a person of suitable age and discretion.
Said premises is recipient's ✔ actual place of business dwelling house(usual place of abode) within the state.

On 7/7/08, deponent completed service by depositing a copy of the
SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM Color of Skin WH Color of Hair BROWN
Age 25/30 Height 5'3" Weight 125
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 7/7/2008

GAIL WILLIAMS
Notary Public, State of New York
No. [illegible]
Qualified in Westchester [illegible] 2010
Commission Expires [illegible]

John Axelrod

Server's License#:

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.5756    AND FILED ON 6/26/2008

GENARO MORALES    Plaintiff(s)/Petitioner(s)

Vs.

MICHAEL R. EDELMAN, ET AL    Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/3/2008 at 10:00AM, deponent did serve the within process as follows:

Process Served: SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES

Party Served: EDMUND HARTNETT, POLICE COMMISSIONER (herein called recipient) therein named.

At Location: 100 SOUTH BROADWAY

YONKERS NY

By delivering to and leaving with SGT. GELESKI a person of suitable age and discretion.
Said premises is recipient's ✓ actual place of business    dwelling house(usual place of abode) within the state.

On 7/7/08, deponent completed service by depositing a copy of the

SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex M    Color of Skin WH    Color of Hair BALD

Age 40/50    Height 5'9"    Weight 180

Other Features    MOUSTACHE

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 7/7/2008

[signature]

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

[signature]

John Axelrod

Server's License#:

STATE OF NEW YORK UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.5756 AND FILED ON 6/26/2008

GENARO MORALES Plaintiff(s)/Petitioner(s)

Vs.

MICHAEL R. EDELMAN, ET AL Defendant(s)/Respondent(s)

STATE OF: NEW YORK )

SS

COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On 7/3/2008 at 10:25AM, deponent did serve the within process as follows:

Process Served: SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES

Party Served: JOHN FLEMING, MAYOR'S OFFICE (herein called recipient) therein named.

At Location: 40 SOUTH BROADWAY, 3RD FL

YONKERS NY

By delivering to and leaving with TARA RENZI, SECRETARY a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business dwelling house(usual place of abode) within the state.

On 7/7/08, deponent completed service by depositing a copy of the SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM Color of Skin WH Color of Hair BROWN

Age 25/30 Height 5'3" Weight 125

Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 7/7/2008

Gail Williams

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod

Server's License#:

STATE OF NEW YORK UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.5756 AND FILED ON 6/26/2008

GENARO MORALES — Plaintiff(s)/Petitioner(s)

Vs.

MICHAEL R. EDELMAN, ET AL — Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/3/2008 at 10:20AM, deponent did serve the within process as follows:

Process Served: SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES

Party Served: LAWRENCE PORCARI (herein called recipient) therein named.

At Location: CORPORATION COUNSEL'S OFFICE
40 SOUTH BROADWAY, 4TH FL
YONKERS NY

By delivering to and leaving with MARIE GEORGE, LEGAL SECRETARY a person of suitable age and discretion.
Said premises is recipient's ✓ actual place of business dwelling house(usual place of abode) within the state.

On 7/7/08, deponent completed service by depositing a copy of the SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM Color of Skin BLACK Color of Hair BLACK
Age 40/50 Height 5'6" Weight 250
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 7/7/2008

[signature]

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

[signature]

John Axelrod

Server's License#:

STATE OF NEW YORK UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.5756 AND FILED ON 6/26/2008

| | | |
|---|---|---|
| GENARO MORALES | | Plaintiff(s)/Petitioner(s) |
| | Vs. | |
| MICHAEL R. EDELMAN, ET AL | | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK )

SS

COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On 7/3/2008 at 10:20AM , deponent did serve the within process as follows:

Process Served: SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES

Party Served: CITY OF YONKERS, NEW YORK (herein called recipient) therein named.

At Location: 40 SOUTH BROADWAY, 4TH FL
YONKERS NY

By delivering to and leaving with MARIE GEORGE and that deponent knew the person so served to be the LEGAL SECRETARY of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM Color of Skin BLACK Color of Hair BLACK

Age 40/50 Height 5'6"

Weight 250 Other Features

Sworn to before me on 7/7/2008

[signature]

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

[signature]

John Axelrod

Server's License#: