STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.5756     AND FILED ON          6/26/2008

GENARO MORALES                                              Plaintiff(s)/Petitioner(s)

Vs.

MICHAEL R. EDELMAN, ET AL                                   Defendant(s)/Respondent(s)

STATE OF: NEW YORK                                )
                                                  )  SS
COUNTY OF WESTCHESTER                             )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/3/2008 at 11:45AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: MICHAEL EDELMAN                    (herein called recipient) therein named.
At Location: WORBY, GRONER & EDELMAN
             11 MARTINE AVENUE
             WHITE PLAINS NY

By delivering to and leaving with GINA BARRESE, ADMIN. ASST. a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business  dwelling house(usual place of abode) within the state.

On 7/7/08, deponent completed service by depositing a copy of the
SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  FM     Color of Skin  WH     Color of Hair         BLOND
Age  40/50  Height  5'11"  Weight  140
Other Features                     GLASSES

Sworn to before me on the 7/7/2008

_Gail Williams_
GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod

Server's License#:

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.5756  AND FILED ON  6/26/2008

GENARO MORALES  Plaintiff(s)/Petitioner(s)

Vs.

MICHAEL R. EDELMAN, ET AL  Defendant(s)/Respondent(s)

STATE OF: NEW YORK  )
                    ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/3/2008 at 10:25AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: PHILIP AMICONE, MAYOR  (herein called recipient) therein named.
At Location: CITY OF YONKERS
40 SOUTH BROADWAY, 3RD FL
YONKERS NY

By delivering to and leaving with TARA RENZI, SECRETARY a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business  dwelling house(usual place of abode) within the state.

On 7/7/08, deponent completed service by depositing a copy of the
SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex _FM_  Color of Skin _WH_  Color of Hair _BROWN_
Age _25/30_  Height _5'3"_  Weight _125_
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 7/7/2008

_Gail Williams_  _John Axelrod_

GAIL WILLIAMS
Notary Public, State of New York
No. 4?-??
Qualified in Westchester
Commission Expires ?? 2010

Server's License#:

STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.5756    AND FILED ON    6/26/2008

GENARO MORALES                                              Plaintiff(s)/Petitioner(s)

                          Vs.

MICHAEL R. EDELMAN, ET AL                                   Defendant(s)/Respondent(s)

STATE OF: NEW YORK                    )
                                      ) SS
COUNTY OF WESTCHESTER                 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/3/2008 at 10:00AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: EDMUND HARTNETT, POLICE COMMISSIONER      (herein called recipient) therein named.
At Location: 100 SOUTH BROADWAY

YONKERS NY

By delivering to and leaving with SGT. GELESKI a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business   [ ] dwelling house (usual place of abode) within the state.

On 7/7/08, deponent completed service by depositing a copy of the
SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex _M_   Color of Skin _WH_   Color of Hair _BALD_
Age _40/50_   Height _5'9"_   Weight _180_
Other Features:         MOUSTACHE

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 7/7/2008

_[signature]_
GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

_[signature]_
John Axelrod

Server's License#:

STATE OF NEW YORK      UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.5756      AND FILED ON      6/26/2008

GENARO MORALES                                                                    Plaintiff(s)/Petitioner(s)

Vs.

MICHAEL R. EDELMAN, ET AL                                                         Defendant(s)/Respondent(s)

STATE OF: NEW YORK                                                     )
                                                                        ) SS
COUNTY OF WESTCHESTER                                                  )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/3/2008 at 10:25AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: JOHN FLEMING, MAYOR'S OFFICE                             (herein called recipient)
At Location: 40 SOUTH BROADWAY, 3RD FL                                   therein named.

YONKERS NY

By delivering to and leaving with TARA RENZI, SECRETARY a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business   dwelling house (usual place of abode) within the state.

On 7/7/08, deponent completed service by depositing a copy of the
SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex    FM     Color of Skin    WH          Color of Hair         BROWN
Age    25/30  Height           5'3"        Weight                125
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 7/7/2008

_Gail Williams_ (signature)                                    _John Axelrod_ (signature)

GAIL WILLIAMS                                                  John Axelrod
Notary Public, State of New York                               Server's License#:
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.5756    AND FILED ON    6/26/2008

GENARO MORALES                                                              Plaintiff(s)/Petitioner(s)

                                    Vs.

MICHAEL R. EDELMAN, ET AL                                                   Defendant(s)/Respondent(s)

STATE OF: NEW YORK                              )
                                                ) SS
COUNTY OF WESTCHESTER                           )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On __7/3/2008__ at __10:20AM__, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: LAWRENCE PORCARI                                              (herein called recipient)
At Location: CORPORATION COUNSEL'S OFFICE                                    therein named.
             40 SOUTH BROADWAY, 4TH FL
             YONKERS NY

By delivering to and leaving with __MARIE GEORGE, LEGAL SECRETARY__ a person of suitable age and discretion. Said premises is recipient's ✓ actual place of business ☐ dwelling house(usual place of abode) within the state.

On __7/7/08__, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex __FM__   Color of Skin __BLACK__   Color of Hair __BLACK__
Age __40/50__   Height __5'6"__   Weight __250__
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the __7/7/2008__

_Gail Williams_ (signature)                                  _John Axelrod_ (signature)
GAIL WILLIAMS                                                John Axelrod
Notary Public, State of New York
No. 4665052                                                  Server's License#:
Qualified in Westchester County
Commission Expires September 30, 2010

STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.5756     AND FILED ON     6/26/2008

GENARO MORALES

Vs.                                                    Plaintiff(s)/Petitioner(s)

MICHAEL R. EDELMAN, ET AL                              Defendant(s)/Respondent(s)

STATE OF: NEW YORK         )
                           ) SS
COUNTY OF WESTCHESTER      )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/3/2008 at 10:20AM, deponent did serve the within process as follows:

Process Served:

Party Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES

CITY OF YONKERS, NEW YORK                              (herein called recipient)
                                                       therein named.
At Location: 40 SOUTH BROADWAY, 4TH FL

YONKERS NY

By delivering to and leaving with MARIE GEORGE and that deponent knew the person

so served to be the LEGAL SECRETARY

of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM      Color of Skin BLACK      Color of Hair BLACK

Age 40/50   Height 5'6"

Weight 250         Other Features

Sworn to before me on 7/7/2008

Gail Williams

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod

Server's License#: