STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.5756  AND FILED ON  6/26/2008

GENARO MORALES

Vs.

MICHAEL R. EDELMAN, ET AL

Plaintiff(s)/Petitioner(s)
Defendant(s)/Respondent(s)

STATE OF: NEW YORK        )
                          ) SS
COUNTY OF WESTCHESTER     )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/3/2008 at 11:45AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: MICHAEL EDELMAN   (herein called recipient) therein named.
At Location: WORBY, GRONER & EDELMAN
             11 MARTINE AVENUE
             WHITE PLAINS NY

By delivering to and leaving with GINA BARRESE, ADMIN. ASST. a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business   dweiling house (usual place of abode) within the state.

On 7/7/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  FM   Color of Skin  WH   Color of Hair  BLOND
Age  40/50   Height  5'11"   Weight  140
Other Features   GLASSES

Sworn to before me on the 7/7/2008

_Gail Williams_ (signature)

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod (signature)

Server's License#:

STATE OF NEW YORK      UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.5756     AND FILED ON     6/26/2008

GENARO MORALES      Plaintiff(s)/Petitioner(s)

Vs.

MICHAEL R. EDELMAN, ET AL      Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On **7/3/2008** at **10:25AM**, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: PHILIP AMICONE, MAYOR      (herein called recipient) therein named.
At Location: CITY OF YONKERS
40 SOUTH BROADWAY, 3RD FL
YONKERS NY

By delivering to and leaving with **TARA RENZI, SECRETARY** a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business     dwelling house (usual place of abode) within the state.

On **7/7/08**, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex **FM**    Color of Skin **WH**    Color of Hair **BROWN**
Age **25/30**    Height **5'3"**    Weight **125**
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the **7/7/2008**

_signature_
GAIL WILLIAMS
Notary Public, State of New York
No. 4...
Qualified in Westchester
Commission Expires... 2010

_signature_
John Axelrod
Server's License#:

STATE OF NEW YORK            UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.5756        AND FILED ON        6/26/2008

GENARO MORALES

Vs.                                                                Plaintiff(s)/Petitioner(s)

MICHAEL R. EDELMAN, ET AL                                          Defendant(s)/Respondent(s)

STATE OF: NEW YORK                                          )
                                                            ) SS
COUNTY OF WESTCHESTER                                       )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/3/2008 at 10:00AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: EDMUND HARTNETT, POLICE COMMISSIONER          (herein called recipient)
At Location: 100 SOUTH BROADWAY                             therein named.

YONKERS NY

By delivering to and leaving with SGT. GELESKI a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business   [ ] dwelling house (usual place of abode) within the state.

On 7/7/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  M    Color of Skin  WH    Color of Hair    BALD
Age  40/50   Height  5'9"    Weight  180
Other Features                    MOUSTACHE

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 7/7/2008

_Gail Williams_                                    _John Axelrod_
GAIL WILLIAMS                                      John Axelrod
Notary Public, State of New York
No. 4665052                                        Server's License#:
Qualified in Westchester County
Commission Expires September 30, 2010

STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.5756   AND FILED ON   6/26/2008

GENARO MORALES

Vs.   Plaintiff(s)/Petitioner(s)

MICHAEL R. EDELMAN, ET AL   Defendant(s)/Respondent(s)

STATE OF: NEW YORK   )
                    ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/3/2008 at 10:25AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: JOHN FLEMING, MAYOR'S OFFICE   (herein called recipient) therein named.
At Location: 40 SOUTH BROADWAY, 3RD FL
             YONKERS NY

By delivering to and leaving with TARA RENZI, SECRETARY a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business   dwelling house(usual place of abode) within the state.

On 7/7/08, deponent completed service by depositing a copy of the
SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  _FM_  Color of Skin  _WH_  Color of Hair  _BROWN_
Age  _25/30_  Height  _5'3"_  Weight  _125_
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the _7/7/2008_

_Gail Williams_   _John Axelrod_

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

Server's License#:

STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.5756   AND FILED ON   6/26/2008

GENARO MORALES

Vs.   Plaintiff(s)/Petitioner(s)

MICHAEL R. EDELMAN, ET AL   Defendant(s)/Respondent(s)

STATE OF: NEW YORK   )
                                               ) SS
COUNTY OF WESTCHESTER   )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/3/2008 at 10:20AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: LAWRENCE PORCARI   (herein called recipient) therein named.
At Location: CORPORATION COUNSEL'S OFFICE
40 SOUTH BROADWAY, 4TH FL
YONKERS NY

By delivering to and leaving with MARIE GEORGE, LEGAL SECRETARY a person of suitable age and discretion.
Said premises is recipient's ✓ actual place of business   dwelling house (usual place of abode) within the state.

On 7/7/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex   FM   Color of Skin   BLACK   Color of Hair   BLACK
Age   40/50   Height   5'6"   Weight   250
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 7/7/2008

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod
Server's License#:

STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.5756   AND FILED ON   6/26/2008

GENARO MORALES                                  Plaintiff(s)/Petitioner(s)

                         Vs.

MICHAEL R. EDELMAN, ET AL                       Defendant(s)/Respondent(s)

STATE OF: NEW YORK           )
                             ) SS
COUNTY OF WESTCHESTER        )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/3/2008 at 10:20AM, deponent did serve the within process as follows:

Process Served:
Party Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
At Location: CITY OF YONKERS, NEW YORK      (herein called recipient) therein named.
40 SOUTH BROADWAY, 4TH FL
YONKERS NY

By delivering to and leaving with MARIE GEORGE and that deponent knew the person so served to be the LEGAL SECRETARY of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM    Color of Skin BLACK    Color of Hair BLACK
Age 40/50    Height 5'6"
Weight 250    Other Features

Sworn to before me on 7/7/2008

Gail Williams
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod
Server's License#: