STATE OF NEW YORK     UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.5756     AND FILED ON     6/26/2008

GENARO MORALES                                           Plaintiff(s)/Petitioner(s)

                                    Vs.

MICHAEL R. EDELMAN, ET AL                                Defendant(s)/Respondent(s)

STATE OF: NEW YORK                                       )
                                                         ) SS
COUNTY OF WESTCHESTER                                    )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On _____7/3/2008_____ at _____11:45AM_____, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: MICHAEL EDELMAN                           (herein called recipient)
                                                         therein named.
At Location: WORBY, GRONER & EDELMAN
             11 MARTINE AVENUE
             WHITE PLAINS NY

By delivering to and leaving with ___GINA BARRESE, ADMIN. ASST.___ a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business    dwelling house (usual place of abode) within the state.

On _____7/7/08_____, deponent completed service by depositing a copy of the
SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex _FM_   Color of Skin _WH_   Color of Hair _BLOND_
Age _40/50_  Height _5'11"_  Weight _140_
Other Features                    GLASSES

Sworn to before me on the _7/7/2008_

_Gail Williams_ (signature)
GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

_John Axelrod_ (signature)
John Axelrod

Server's License#:

STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.5756     AND FILED ON     6/26/2008

GENARO MORALES                                                    Plaintiff(s)/Petitioner(s)

Vs.

MICHAEL R. EDELMAN, ET AL                                         Defendant(s)/Respondent(s)

STATE OF: NEW YORK          )
                            ) SS
COUNTY OF WESTCHESTER       )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/3/2008 at 10:25AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: PHILIP AMICONE, MAYOR                              (herein called recipient) therein named.
At Location: CITY OF YONKERS
             40 SOUTH BROADWAY, 3RD FL
             YONKERS NY

By delivering to and leaving with TARA RENZI, SECRETARY a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business   dwelling house(usual place of abode) within the state.

On 7/7/08, deponent completed service by depositing a copy of the
SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  FM      Color of Skin  WH      Color of Hair      BROWN
Age  25/30   Height  5'3"   Weight  125
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 7/7/2008

Gail Williams
GAIL WILLIAMS
Notary Public, State of New York
No. 4...
Qualified in Westchester...
Commission Expires... 2010

John Axelrod
Server's License#:

STATE OF NEW YORK        UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.5756    AND FILED ON    6/26/2008

| | |
|---|---|
| GENARO MORALES  Vs.  MICHAEL R. EDELMAN, ET AL | Plaintiff(s)/Petitioner(s)  Defendant(s)/Respondent(s) |

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/3/2008 at 10:00AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: EDMUND HARTNETT, POLICE COMMISSIONER    (herein called recipient) therein named.
At Location: 100 SOUTH BROADWAY
             YONKERS NY

By delivering to and leaving with SGT. GELESKI a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business    [ ] dwelling house (usual place of abode) within the state.

On 7/7/08, deponent completed service by depositing a copy of the
SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  M    Color of Skin  WH    Color of Hair  BALD
Age  40/50    Height  5'9"    Weight  180
Other Features        MOUSTACHE

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 7/7/2008
_____
GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod
Server's License#:

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.5756   AND FILED ON   6/26/2008

GENARO MORALES

Vs.

MICHAEL R. EDELMAN, ET AL

Plaintiff(s)/Petitioner(s)
Defendant(s)/Respondent(s)

STATE OF: NEW YORK   )
                                         SS
COUNTY OF WESTCHESTER  )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/3/2008 at 10:25AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: JOHN FLEMING, MAYOR'S OFFICE   (herein called recipient) therein named.
At Location: 40 SOUTH BROADWAY, 3RD FL
YONKERS NY

By delivering to and leaving with TARA RENZI, SECRETARY a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business    dwelling house (usual place of abode) within the state.

On 7/7/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  FM  Color of Skin  WH  Color of Hair  BROWN
Age  25/30  Height  5'3"  Weight  125
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 7/7/2008

_Gail Williams_ (signature)

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod
Server's License#:

STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.5756   AND FILED ON   6/26/2008

GENARO MORALES   Plaintiff(s)/Petitioner(s)

Vs.

MICHAEL R. EDELMAN, ET AL   Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
                   ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/3/2008 at 10:20AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: LAWRENCE PORCARI   (herein called recipient) therein named.
At Location: CORPORATION COUNSEL'S OFFICE
40 SOUTH BROADWAY, 4TH FL
YONKERS NY

By delivering to and leaving with MARIE GEORGE, LEGAL SECRETARY a person of suitable age and discretion.
Said premises is recipient's ✓ actual place of business   dwelling house(usual place of abode) within the state.

On 7/7/08, deponent completed service by depositing a copy of the
SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex   FM   Color of Skin   BLACK   Color of Hair   BLACK
Age   40/50   Height   5'6"   Weight   250
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 7/7/2008

Gail Williams
GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod
Server's License#:

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.5756  AND FILED ON  6/26/2008

GENARO MORALES

Vs.  Plaintiff(s)/Petitioner(s)

MICHAEL R. EDELMAN, ET AL

Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) ss
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/3/2008 at 10:20AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES

Party Served: CITY OF YONKERS, NEW YORK  (herein called recipient) therein named.

At Location: 40 SOUTH BROADWAY, 4TH FL
YONKERS NY

By delivering to and leaving with MARIE GEORGE and that deponent knew the person so served to be the LEGAL SECRETARY of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM   Color of Skin BLACK   Color of Hair BLACK
Age 40/50   Height 5'6"
Weight 250   Other Features

Sworn to before me on 7/7/2008

Gail Williams
GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod
Server's License#: