UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GENARO MORALES,

                      Plaintiff,

  -against-

MICHAEL R. EDELMAN a/k/a "THE CONSULTANT", individually, Phillip Amicone, individually and in his capacity as Mayor of the City of Yonkers, New York, EDMUND HARTNETT, individually, and as Police Commissioner of the City of Yonkers, New York, JOHN FLEMING a/k/a "MOB BUSTER", individually and in his capacity as Executive Assistant to the Mayor of the City of Yonkers, New York, LAWRENCE PORCARI a/k/a "ETHAN EDWARDS", individually and in his capacity as Assistant Corporation Counsel for the City of Yonkers, New York, and the CITY OF YONKERS, New York,

                    Defendants.

08 CIV.5756

**STIPULATION**

---

    IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the undersigned attorneys for the parties to this action, as follows:

    1.    The time for Defendants Philip Amicone, Edmund Hartnett, Lawrence Porcari and the City of Yonkers, New York to file an Answer to the Complaint filed by Plaintiff Genaro Morales is extended until August 15, 2008.

    2.    Facsimile and electronic signatures shall be deemed originals for purposes of this stipulation. This stipulation may be signed in counterparts.

Dated: July 24, 2008
       White Plains, New York

LOVETT & GOULD, LLP

By: _____
Jonathan Lovett (JL 4854)
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401

DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKEHR, LLP

By: _____
Kevin J. Plunkett (KP 3049)
Brian T. Belowich (BB 6910)
Matthew S. Clifford (MC 1134)
1 North Lexington Avenue
11th Floor
White Plains, NY 10601
(914) 681-0200